# U.S. District Court
## Southern District of Iowa (Central)
## CRIMINAL DOCKET FOR CASE #: 4:18–cr–00057–SMR–HCA–1
### *Internal Use Only*

Case title: USA v. Crook, Jr.
 Magistrate judge case number:  4:18–mj–00165–HCA

Date Filed: 03/26/2018
Date Terminated: 06/03/2019

Assigned to: Judge Stephanie M. Rose
Referred to: Chief Magistrate Judge
Helen C. Adams

**Defendant (1)**

| | | |
|---|---|---|
| **Steven Douglas Crook, Jr.** | represented by | **Andrew James Graeve** |
| *TERMINATED: 06/03/2019* | | FEDERAL PUBLIC DEFENDERS OFFICE |

**Steven Douglas Crook, Jr.**
*TERMINATED: 06/03/2019*

represented by  **Andrew James Graeve**
FEDERAL PUBLIC DEFENDERS OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309–2353
515–309–9610
Fax: 515–309–9625
Email: andrew_graeve@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**James F Whalen**
FEDERAL PUBLIC DEFENDERS OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309–2353
515 309 9610
Fax: 515 309 9625
Email: jim_whalen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**B John Burns , III**
FEDERAL PUBLIC DEFENDERS OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309–2353

515 309 9610
Fax: 515 309 9625
Email: b__john_burns@fd.org
*TERMINATED: 03/26/2018*
*Designation: Public Defender or Community*
*Defender Appointment*

**Timothy S Ross−Boon (FORMER)**
FEDERAL PUBLIC DEFENDERS OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309−2353
515−309−9610
Fax: 515−309−9625
Email: timothy_rossboon@fd.org
*TERMINATED: 08/31/2018*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (1) | Superseded. |
| FRAUDULENT ACTS; PENALTIES; RESTITUTION 42:1383a(a)(2) False Statement for use in Determining Social Security Benefits (1s−2s) | Superseded. |
| FRAUDULENT ACTS; PENALTIES; RESTITUTION 42:1383a(a)(2) False Statement for use in Determining Social Security Benefits (1ss−2ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (1sss) | 360 months of incarceration as to each of Counts 1sss, 15sss, 21sss and 23sss, to be served consecutively for a total sentence of 1440 months' imprisonment. A lifetime term of supervised release to follow as to each of Counts 1sss, 15sss, 21sss and 23sss, to be served concurrently. Restitution in the amount of $1250. $400 Special Assessment ($100 per count). |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (2) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual | Dismissed on Government's Motion. |

| | |
|---|---|
| Exploitation of a Child by a Parent (2sss) | |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (3) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (3s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (3ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (3sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (4) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (4s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (4ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (4sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (5) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (5s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (5ss) | Superseded. |

| | |
|---|---|
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (5sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (6) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (6s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (6ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (6sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (7) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (7s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (7ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (7sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (8) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (8s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent | Superseded. |

(8ss)
SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent

Dismissed on Government's Motion.

(8sss)
ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2552A(a)(1)
Transportation of Child Pornography

Superseded.

(9)
SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child

Superseded.

(9s)
SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child

Superseded.

(9ss)
SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child

Dismissed on Government's Motion.

(9sss)
SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child

Superseded.

(10)
SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent

Superseded.

(10s)
SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent

Superseded.

(10ss)
SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent

Dismissed on Government's Motion.

(10sss)
SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent

Superseded.

(11)
ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2252A(a)(1)
Transportation of Child Pornography

Superseded.

(11s)

| | |
|---|---|
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (11ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (11sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (12) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (12s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (12ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (12sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (13) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (13s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (13ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (13sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (14) | Superseded. |
| ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252A(a)(1) | Superseded. |

Appellate Case: 19-2266    Page: 6    Date Filed: 06/19/2019 Entry ID: 4799543

Transportation of Child Pornography
(14s)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(14ss)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(14sss)

Dismissed on Government's Motion.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(15)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(15s)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(15ss)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(15sss)

360 months of incarceration as to each of
Counts 1sss, 15sss, 21sss and 23sss, to be
served consecutively for a total sentence of
1440 months' imprisonment. A lifetime term of
supervised release to follow as to each of
Counts 1sss, 15sss, 21sss and 23sss, to be
served concurrently. Restitution in the amount
of $1250. $400 Special Assessment ($100 per
count).

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(16)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(16s)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(16ss)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(16sss)

Dismissed on Government's Motion.

| | |
|---|---|
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (17) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (17s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (17ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (17sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (18) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (18s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (18ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (18sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (19) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (19s) | Superseded. |
| ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252A(a)(1) Transportation of Child Pornography (19ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual | Dismissed on Government's Motion. |

| | |
|---|---|
| Exploitation of a Child (19sss) | |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (20) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (20s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (20ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (20sss) | Dismissed on Government's Motion. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (21) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (21s) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (21ss) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (21sss) | 360 months of incarceration as to each of Counts 1sss, 15sss, 21sss and 23sss, to be served consecutively for a total sentence of 1440 months' imprisonment. A lifetime term of supervised release to follow as to each of Counts 1sss, 15sss, 21sss and 23sss, to be served concurrently. Restitution in the amount of $1250. $400 Special Assessment ($100 per count). |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(a) Sexual Exploitation of a Child (22) | Superseded. |
| SEXUAL EXPLOITATION OF CHILDREN 18:2251(b) Sexual Exploitation of a Child by a Parent (22s) | Superseded. |

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2252A(a)(1)
Transportation of Child Pornography
(22ss)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(22sss)

Dismissed on Government's Motion.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(23)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(23s)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(23ss)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(23sss)

360 months of incarceration as to each of
Counts 1sss, 15sss, 21sss and 23sss, to be
served consecutively for a total sentence of
1440 months' imprisonment. A lifetime term of
supervised release to follow as to each of
Counts 1sss, 15sss, 21sss and 23sss, to be
served concurrently. Restitution in the amount
of $1250. $400 Special Assessment ($100 per
count).

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(24)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(24s)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(24ss)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(24sss)

Dismissed on Government's Motion.

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(25)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child                          Superseded.
(25s)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child                          Superseded.
(25ss)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child                          Dismissed on Government's Motion.
(25sss)

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2552A(a)(2)                       Superseded.
Receipt of Child Pornography
(26)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent              Superseded.
(26s)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent              Superseded.
(26ss)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent              Dismissed on Government's Motion.
(26sss)

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2552A(a)(5)(B)                    Superseded.
Possession of Child Pornography
(27)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child                          Superseded.
(27s)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child                          Superseded.
(27ss)

                                                 Dismissed on Government's Motion.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(27sss)

STATEMENTS OR ENTRIES
GENERALLY 18:1001(a)(2) False
Statement
(28)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(28s)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(28ss)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(28sss)

Dismissed on Government's Motion.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(29s)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(29ss)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(29sss)

Dismissed on Government's Motion.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(30s)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(30ss)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(30sss)

Dismissed on Government's Motion.

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2252A(a)(2)

Superseded.

Receipt of Child Pornography
(31s)

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(31ss)

Superseded.

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2252A(a)(2)
Receipt of Child Pornography
(31sss)

Dismissed on Government's Motion.

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2252A(a)(5)(B)
Possession of Child Pornography
(32s)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(32ss)

Superseded.

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2252A(a)(5)(B)
Possession of Child Pornography
(32sss)

Dismissed on Government's Motion.

STATEMENTS OR ENTRIES
GENERALLY 18:1001(a)(2) False
Statement
(33s)

Superseded.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(a) Sexual
Exploitation of a Child
(33ss)

Superseded.

STATEMENTS OR ENTRIES
GENERALLY 18:1001(a)(2) False
Statement
(33sss)

Dismissed on Government's Motion.

SEXUAL EXPLOITATION OF
CHILDREN 18:2251(b) Sexual
Exploitation of a Child by a Parent
(34ss)

Dismissed on Government's Motion.

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2252A(a)(2)
Receipt of Child Pornography
(35ss)

Dismissed on Government's Motion.

Dismissed on Government's Motion.

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO 18:2252A(a)(5)(B)
Possession of Child Pornography
(36ss)

STATEMENTS OR ENTRIES
GENERALLY 18:1001(a)(2) False                    Dismissed on Government's Motion.
Statement
(37ss)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                            **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

18:2251(a) Sexual Exploitation of a
Child

---

**Plaintiff**

**USA**                          represented by   **Marc L. Krickbaum**
                                                  UNITED STATES ATTORNEY'S
                                                  OFFICE – DSM
                                                  110 E COURT AVE
                                                  SUITE 286
                                                  DES MOINES, IA 50309
                                                  515–473–9300
                                                  Fax: 515–473–9292
                                                  Email: marc.krickbaum@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Government – Federal*

                                                  **Craig P Gaumer**
                                                  UNITED STATES ATTORNEY'S
                                                  OFFICE – DSM
                                                  110 E COURT AVE
                                                  SUITE 286
                                                  DES MOINES, IA 50309
                                                  515 473–9300
                                                  Fax: 515 473–9292
                                                  Email: craig.gaumer@USDOJ.GOV

*ATTORNEY TO BE NOTICED*
*Designation: Government − Federal*

**Virginia M. Bruner**
UNITED STATES ATTORNEY'S
OFFICE − DSM
110 E COURT AVE
SUITE 286
DES MOINES, IA 50309
515−473−9300
Fax: 515−473−9292
Email: virginia.bruner@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government − Federal*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/13/2018 | 1 | | NOTICE RELATED CASE(S) by USA as to defendant Steven Douglas Crook, Jr.. (tae) [4:18−mj−00165−HCA] (Entered: 03/13/2018) |
| 03/13/2018 | | | Judge update in case as to Steven Douglas Crook, Jr.. Chief Magistrate Judge Helen C. Adams added. (tae) [4:18−mj−00165−HCA] (Entered: 03/13/2018) |
| 03/13/2018 | 2 | | COMPLAINT by USA, signed by Chief Magistrate Judge Helen C. Adams as to Steven Douglas Crook, Jr. (1). (Attachments: # 1 Affidavit) (tae) [4:18−mj−00165−HCA] (Entered: 03/13/2018) |
| 03/21/2018 | 4 | | *SEALED* MOTION for Writ of Habeas Corpus ad Prosequendum from Davis County Jail by USA as to Steven Douglas Crook, Jr. (tae) [4:18−mj−00165−HCA] (Entered: 03/21/2018) |
| 03/21/2018 | 5 | | *SEALED* ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Steven Douglas Crook, Jr. (1). Signed by Magistrate Judge Celeste F. Bremer on 3/21/2018. (tae) [4:18−mj−00165−HCA] (Entered: 03/21/2018) |
| 03/21/2018 | 6 | | Writ of Habeas Corpus ad Prosequendum Issued as to Steven Douglas Crook, Jr. Initial Appearance set for 4/5/2018 02:00 PM in Des Moines − Room 460 − 4th Floor North before Magistrate Judge Ross A Walters(R). (tae) [4:18−mj−00165−HCA] (Entered: 03/21/2018) |
| 03/21/2018 | | | Arrest of Steven Douglas Crook, Jr. in Davis County Jail. (tae) [4:18−mj−00165−HCA] (Entered: 03/21/2018) |
| 03/22/2018 | 7 | | TEXT ORDER as to Steven Douglas Crook, Jr.: Initial Appearance set for 3/23/2018 02:00 PM in Des Moines − Room 455 − 4th Floor South before Magistrate Judge Celeste F. Bremer. Signed by Magistrate Judge Celeste F. Bremer on 3/22/2018. (tae) [4:18−mj−00165−HCA] (Entered: 03/22/2018) |
| 03/23/2018 | 8 | | Minute Entry for proceedings held before Magistrate Judge Celeste F. Bremer: Initial Appearance as to Defendant Steven Douglas Crook, Jr. held on 3/23/2018. Attorney B. John Burns III for defendant. Preliminary and Detention Hearing set for 3/29/2018 02:30 PM in Des Moines − Room 460 − 4th Floor North before Chief Magistrate Judge Helen C. Adams. (Court Reporter FTR Gold.) (laa/mel) [4:18−mj−00165−HCA] (Entered: 03/23/2018) |

| 03/23/2018 | 9 | | CJA 23 Financial Affidavit as to Steven Douglas Crook, Jr.. (mel) [4:18−mj−00165−HCA] (Entered: 03/23/2018) |
|---|---|---|---|
| 03/23/2018 | 10 | | ORDER FOR APPOINTMENT OF COUNSEL as to Steven Douglas Crook, Jr.. Signed by Magistrate Judge Celeste F. Bremer on 3/23/2018. (mel) [4:18−mj−00165−HCA] (Entered: 03/23/2018) |
| 03/23/2018 | 11 | | NOTICE: Assertion of Fifth and Sixth Amendment Rights as to Steven Douglas Crook, Jr. (mel) [4:18−mj−00165−HCA] (Entered: 03/23/2018) |
| 03/23/2018 | 12 | | ORAL MOTION for Detention by USA as to Steven Douglas Crook, Jr. (mel) [4:18−mj−00165−HCA] (Entered: 03/23/2018) |
| 03/23/2018 | 13 | | ORDER OF TEMPORARY DETENTION AND SETTING HEARING as to Steven Douglas Crook, Jr. Preliminary and Detention Hearing set for 3/29/2018 02:30 PM in Des Moines − Room 460 − 4th Floor North before Chief Magistrate Judge Helen C. Adams. Signed by Magistrate Judge Celeste F. Bremer on 3/23/2018. (mel) [4:18−mj−00165−HCA] (Entered: 03/23/2018) |
| 03/26/2018 | 15 | | NOTICE OF ATTORNEY APPEARANCE: Timothy S Ross−Boon appearing for Steven Douglas Crook, Jr. (Ross−Boon, Timothy) [4:18−mj−00165−HCA] (Entered: 03/26/2018) |
| 03/26/2018 | 16 | | WAIVER of Preliminary Hearing by Steven Douglas Crook, Jr. (Ross−Boon, Timothy) [4:18−mj−00165−HCA] (Entered: 03/26/2018) |
| 03/26/2018 | 17 | | WAIVER *of Detention Hearing* 13 Order of Detention, as to Defendant Steven Douglas Crook, Jr. (Ross−Boon, Timothy) [4:18−mj−00165−HCA] (Entered: 03/26/2018) |
| 03/26/2018 | 18 | | ORDER granting 12 Motion for Detention as to Steven Douglas Crook, Jr. (1). Defendant waived detention hearing 17 and preliminary hearing 16 . He shall remain in the custody of USMS. Signed by Chief Magistrate Judge Helen C. Adams on 3/26/2018. (kln) [4:18−mj−00165−HCA] (Entered: 03/26/2018) |
| 03/28/2018 | 20 | | NOTICE RELATED CASE(S) by USA as to defendant Steven Douglas Crook, Jr.. (ml) (Entered: 03/28/2018) |
| 03/28/2018 | | | Judge update in case as to Steven Douglas Crook, Jr.. Judge Stephanie M. Rose and Chief Magistrate Judge Helen C. Adams added. (ml) (Entered: 03/28/2018) |
| 03/28/2018 | 21 | | SEALED INDICTMENT as to Steven Douglas Crook, Jr. (1) count(s) 1−28. (laa) (Entered: 03/29/2018) |
| 03/28/2018 | 22 | | REDACTED INDICTMENT by USA as to Steven Douglas Crook, Jr. (laa) (Entered: 03/29/2018) |
| 03/28/2018 | 23 | | TEXT Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Grand Jury Presentment as to Steven Douglas Crook, Jr. held on 3/28/2018. Not Secret. Text Order to issue. Gov. requested detention. United States Attorney Marc Krickbaum present. Time in Court 4:15 p.m. − 4:23 p.m. (laa/kmh) (Entered: 03/29/2018) |
| 03/29/2018 | 24 | | TEXT ORDER as to Steven Douglas Crook, Jr.: Arraignment set for 4/3/2018 at 02:00 PM in Des Moines − Room 460 − 4th Floor North before Chief Magistrate Judge Helen C. Adams. Signed by Chief Magistrate Judge Helen C. Adams on 3/29/2018. (kln) (Entered: 03/29/2018) |

| 03/30/2018 | 27 | | Unresisted MOTION to Continue *Arraignment* as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. Responses due by 4/6/2018. If service was made under FRCP 5(b)(2)(C) (mail), (D) (leaving with the clerk of court), or (F) (by delivering by other means consented to in writing), an additional three days is added after the period would otherwise expire under FRCP 6(a). The additional three days does not apply to service done electronically. (Ross–Boon, Timothy) (Entered: 03/30/2018) |
|---|---|---|---|
| 03/30/2018 | 28 | | TEXT ORDER: ORDER granting 27 defendant's motion to continue arraignment. Arraignment is continued to 4/11/2018 at 2:00 PM in Room 460. Signed by Chief Magistrate Judge Helen C. Adams on 3/30/2018. (kln) (Entered: 03/30/2018) |
| 04/10/2018 | 29 | | *SEALED* SEALED MOTION as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Ross–Boon, Timothy) (Entered: 04/10/2018) |
| 04/11/2018 | 30 | | TEXT ORDER as to Steven Douglas Crook, Jr.: Motion Hearing re: 29 sealed motion set for 4/12/2018 at 03:30 PM in Des Moines – Room 460 – 4th Floor North before Chief Magistrate Judge Helen C. Adams. Defendant should be present for the hearing. Arraignment set for 4/11/2018 is canceled due to the need for the Court to first rule on defendant's motion for examination. Signed by Chief Magistrate Judge Helen C. Adams on 4/11/2018. (kln) (Entered: 04/11/2018) |
| 04/12/2018 | 31 | | Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Motion Hearing as to Steven Douglas Crook, Jr. held on 4/12/2018 re 29 SEALED MOTION filed by Steven Douglas Crook, Jr. (Court Reporter Kelli Mulcahy.) (laa) (Entered: 04/12/2018) |
| 04/12/2018 | 32 | | *SEALED* SEALED ORDER granting 29 Sealed Motion as to Steven Douglas Crook, Jr. (1). Signed by Chief Magistrate Judge Helen C. Adams on 4/12/2018. (laa) (Entered: 04/12/2018) |
| 04/13/2018 | 33 | | PROPOSED Stipulated Discovery and Protective Order by USA as to Steven Douglas Crook, Jr. (Krickbaum, Marc) (Entered: 04/13/2018) |
| 04/13/2018 | 34 | | STIPULATED DISCOVERY AND PROTECTIVE ORDER as to Steven Douglas Crook, Jr.. Signed by Chief Magistrate Judge Helen C. Adams on 4/13/2018. (kln) Modified on 4/13/2018 to attach document –– NEF regenerated (kln). (Entered: 04/13/2018) |
| 06/06/2018 | 35 | | *SEALED* Psychiatric Report Received (Sealed) –– Request for Extension as to Steven Douglas Crook, Jr. (Received by chambers on 6/5/2018) (kln) (Entered: 06/06/2018) |
| 06/06/2018 | | | Set/Reset Hearings as to Steven Douglas Crook, Jr.: Status Conference set for 6/26/2018 11:30 AM in Des Moines – Room 420 – 4th Floor before Chief Magistrate Judge Helen C. Adams. (kln) (Entered: 06/06/2018) |
| 06/21/2018 | 37 | | TEXT ORDER as to Steven Douglas Crook, Jr. At request of counsel Status Conference is re–set for 7/6/2018 at 01:00 PM in Phone Hearing before Chief Magistrate Judge Helen C. Adams. Counsel and the USMS should call (515) 284–6224 and enter access code 116224 to be joined with the call. Signed by Chief Magistrate Judge Helen C. Adams on 6/21/2018. (kln) (Entered: 06/21/2018) |
| 06/29/2018 | 38 | | TEXT ORDER RE–SETTING TIME OF STATUS CONFERENCE as to Steven Douglas Crook, Jr. To facilitate court scheduling, COUNSEL ONLY Status Conference re–set for 7/6/2018 at 11:15 AM in Phone Hearing before Chief |

| | | | |
|---|---|---|---|
| | | | Magistrate Judge Helen C. Adams. Counsel should call (515) 284−6224 and enter access code 116224 at the prompt to be joined with the call. Signed by Chief Magistrate Judge Helen C. Adams on 6/29/2018. (kln) (Entered: 06/29/2018) |
| 07/06/2018 | 39 | | Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Status Conference as to Steven Douglas Crook, Jr. held on 7/6/2018. Status Conference set for 7/20/2018, 01:30 PM in Des Moines Courthouse before Chief Magistrate Judge Helen C. Adams. (Court Reporter Sally Parrack.) (vr) (Main Document 39 replaced on 7/11/2018 to correct typographical errors.) (ml) (Entered: 07/06/2018) |
| 07/06/2018 | 40 | | TEXT ORDER: ORDER FOLLOWING STATUS CONFERENCE. The facility requests extension to complete the report in this case. Request granted. The facility has to and including 7/13/2018 to complete the report. The government is requested to provide a copy of this order to the facility. Counsel Only status conference set for 7/20/2018 at 1:30 PM in room 460. USMS to attend. Entered by Chief Magistrate Judge Helen C. Adams on 7/6/2018. (kln) (Entered: 07/06/2018) |
| 07/13/2018 | 41 | | *SEALED* Psychiatric Report Received (Sealed) as to Steven Douglas Crook, Jr. Received via email on 7/13/2018. (Copy emailed to counsel by chambers) (kln) (Entered: 07/13/2018) |
| 07/20/2018 | 42 | | Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Status Conference as to Steven Douglas Crook, Jr. held on 7/20/2018. Status Conference set for 8/7/2018 at 09:00 AM in Des Moines − Room 145 − 1st Floor South before Judge Stephanie M. Rose. (Court Reporter Kelli Mulcahy.) (mel) (Entered: 07/20/2018) |
| 07/20/2018 | 43 | | TEXT ORDER: ORDER SETTING ADDITIONAL STATUS CONFERENCE. As discussed with the parties on 7/20/2018, in−person status conference with Judge Rose is set for 8/7/2018 at 9:00 AM in Room 145. Defendant should be present for the hearing. Entered by Chief Magistrate Judge Helen C. Adams on 7/20/2018. (kln) (Entered: 07/20/2018) |
| 07/20/2018 | 44 | | TEXT ORDER: ORDER RE: SPEEDY TRIAL ACT CALCULATIONS. As requested by counsel, the time period from 3/31/2018 through 8/7/2018 should be excluded from Speedy Trial Act calculations to the extent the Speedy Trial Act may apply given there has been no arraignment in this case. The time period has been based upon competency examination and related transportation and is in the interest of justice. Time for transportation necessitated for the evaluation beyond the ten days was reasonable. Entered by Chief Magistrate Judge Helen C. Adams on 7/20/2018.(kln) (Entered: 07/20/2018) |
| 08/01/2018 | 45 | | *SEALED* SEALED MOTION *for a competency hearing* by USA as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4B, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Krickbaum, Marc) (Entered: 08/01/2018) |
| 08/07/2018 | 46 | | Minute Entry for proceedings held before Judge Stephanie M. Rose: Status Conference as to Steven Douglas Crook, Jr. held on 8/7/2018. (Court Reporter Kelli Mulcahy.) (kmc) (Entered: 08/07/2018) |
| 08/07/2018 | 47 | | *SEALED* TEXT ORDER as to Steven Douglas Crook, Jr. Competency Hearing is set for 8/31/2018 at 09:00 AM in Des Moines − Room 145 − 1st Floor South before Judge Stephanie M. Rose. Defendant shall be present for the hearing. Signed |

| | | | |
|---|---|---|---|
| | | | by Judge Stephanie M. Rose on 8/7/2018. (kmc) (Entered: 08/07/2018) |
| 08/17/2018 | 48 | | SEALED TRANSCRIPT of Proceedings held on April 12, 2018. (Mulcahy, Kelli) (Entered: 08/17/2018) |
| 08/24/2018 | 49 | | Sealed Document (Krickbaum, Marc) (Entered: 08/24/2018) |
| 08/27/2018 | 50 | | NOTICE OF ATTORNEY APPEARANCE: Andrew James Graeve appearing for Steven Douglas Crook, Jr. (Graeve, Andrew) (Entered: 08/27/2018) |
| 08/27/2018 | 51 | | NOTICE OF ATTORNEY APPEARANCE: James F Whalen appearing for Steven Douglas Crook, Jr. (Whalen, James) (Entered: 08/27/2018) |
| 08/29/2018 | 52 | | SEALED SUPERSEDING INDICTMENT as to Steven Douglas Crook, Jr. (1) count(s) 1s–2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, 12s, 13s, 14s, 15s, 16s, 17s, 18s, 19s, 20s, 21s, 22s, 23s, 24s, 25s, 26s, 27s, 28s, 29s, 30s, 31s, 32s, 33s. (tae) (Entered: 08/29/2018) |
| 08/29/2018 | 53 | | REDACTED SUPERSEDING INDICTMENT by USA as to Steven Douglas Crook, Jr. (tae) (Entered: 08/29/2018) |
| 08/29/2018 | 54 | | TEXT Minute Entry for proceedings held before Magistrate Judge Celeste F. Bremer: Grand Jury Presentment as to Steven Douglas Crook, Jr. held on 8/29/2018. Not Secret. Text Order to issue. Gov. requested Detention. AUSA present Stephan Kenneth Bayens. Time in Court 11:57 – 12:05 p.m. (laa/tae) (Entered: 08/29/2018) |
| 08/30/2018 | 55 | | NOTICE *Rule 7* as to Steven Douglas Crook, Jr. re 52 Indictment (Sealed), (Krickbaum, Marc) (Entered: 08/30/2018) |
| 08/30/2018 | 56 | | MOTION for Withdrawal of Attorney as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Ross–Boon, Timothy) (Entered: 08/30/2018) |
| 08/31/2018 | 57 | | TEXT ORDER: ORDER granting 56 motion to withdraw as counsel. Mr. Whalen and Mr. Graeve have filed appearances in this case. Mr. Ross–Boon's appearance may be terminated. Signed by Chief Magistrate Judge Helen C. Adams on 8/31/2018. (kln) (Entered: 08/31/2018) |
| 08/31/2018 | 58 | | *SEALED* ELECTRONIC EXHIBITS as to Steven Douglas Crook, Jr. re 47 Order, (Attachments: # 1 Exhibit, # 2 Exhibit)(Graeve, Andrew) (Entered: 08/31/2018) |
| 08/31/2018 | 59 | | Minute Entry for proceedings held before Judge Stephanie M. Rose: Competency Hearing as to Steven Douglas Crook, Jr. held on 8/31/2018. (Court Reporter Kelli Mulcahy.) (kmc) (Entered: 09/01/2018) |
| 08/31/2018 | 60 | | Minute Entry for proceedings held before Judge Stephanie M. Rose: Arraignment as to Steven Douglas Crook, Jr. (1) Count 1s–2s,3s,4s,5s,6s,7s,8s,9s,10s,11s,12s,13s,14s,15s,16s,17s,18s,19s,20s,21s,22s,23s, 24s,25s,26s,27s,28s,29s,30s,31s,32s,33s held on 8/31/2018. (Court Reporter Kelli Mulcahy.) (kmc) (Entered: 09/01/2018) |
| 09/05/2018 | 61 | | *SEALED* ELECTRONIC EXHIBITS *Gov. Exs. 1–8, 10–30* re 59 as to Steven Douglas Crook, Jr. (Krickbaum, Marc) (Entered: 09/05/2018) |
| 09/10/2018 | 62 | | ORDER TO CONTINUE – Ends of Justice as to Defendant Steven Douglas Crook, Jr.. Jury Trial is set for 12/10/2018 at 09:00 AM in Des Moines – Room 145 – 1st |

| | | | |
|---|---|---|---|
| | | | Floor South before Judge Stephanie M. Rose. Pretrial Motion Deadline 11/13/2018. Plea Entry due by 11/26/2018. Plea Notification due by 11/19/2018. Final Pretrial Conference is set for 12/3/2018 at 11:00 AM in Des Moines – Room 145 – 1st Floor South before Judge Stephanie M. Rose. Signed by Judge Stephanie M. Rose on 9/10/2018. (kmc) (Entered: 09/10/2018) |
| 09/25/2018 | 65 | | SEALED PARTIAL TRANSCRIPT of Proceedings (Mulcahy, Kelli) (Entered: 09/25/2018) |
| 09/26/2018 | 66 | | SEALED SECOND SUPERSEDING INDICTMENT as to Steven Douglas Crook, Jr. (1) count(s) 1ss−2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss, 11ss, 12ss, 13ss, 14ss, 15ss, 16ss, 17ss, 18ss, 19ss, 20ss, 21ss, 22ss, 23ss, 24ss, 25ss, 26ss, 27ss, 28ss, 29ss, 30ss, 31ss, 32ss, 33ss, 34ss, 35ss, 36ss, 37ss. (tae) (Entered: 09/27/2018) |
| 09/26/2018 | 67 | | REDACTED SECOND SUPERSEDING INDICTMENT by USA as to Steven Douglas Crook, Jr. (tae) (Entered: 09/27/2018) |
| 09/26/2018 | 68 | | TEXT Minute Entry for proceedings held before Magistrate Judge Celeste F. Bremer: Grand Jury Presentment as to Steven Douglas Crook, Jr. held on 9/26/2018. Not Secret. Text Order to be issued. Government requested detention. United States Attorney Marc Krickbaum present. CRD: mel. Time in Court 4:13 – 4:17 p.m. (tae) (Entered: 09/27/2018) |
| 09/27/2018 | 69 | | NOTICE *Rule 7* as to Steven Douglas Crook, Jr. re 67 Redacted Document. (Krickbaum, Marc) (Entered: 09/27/2018) |
| 10/15/2018 | 70 | | TEXT ORDER as to Steven Douglas Crook, Jr.: Arraignment on Second Superseding Indictment set for 10/22/2018 at 02:00 PM in Des Moines – Room 460 – 4th Floor North before Chief Magistrate Judge Helen C. Adams. Signed by Chief Magistrate Judge Helen C. Adams on 10/15/2018. (kln) (Entered: 10/15/2018) |
| 10/16/2018 | 71 | | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Steven Douglas Crook, Jr. (Whalen, James) (Entered: 10/16/2018) |
| 10/16/2018 | 72 | | TEXT ORDER: ORDER accepting Written Waiver of Personal Appearance at Arraignment 71 for defendant Crook. The request is granted, defendant Crook's waiver of appearance is accepted and a plea of not guilty to the Second Superseding Indictment is entered for this defendant. All deadlines, hearing dates and trial dates previously entered in this case remain the same. Arraignment set for 10/22/2018 is canceled. Signed by Chief Magistrate Judge Helen C. Adams on 10/16/2018. (kln) (Entered: 10/16/2018) |
| 11/13/2018 | 73 | | MOTION for Leave to File under Seal as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Whalen, James) (Entered: 11/13/2018) |
| 11/13/2018 | 74 | | Unresisted MOTION for Extension *of Pretrial Motion Deadline* as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. Responses due by 11/20/2018. (Whalen, James) (Entered: 11/13/2018) |
| 11/13/2018 | 75 | | TEXT ORDER granting 73 Motion for Leave to File Under Seal as to Steven Douglas Crook, Jr. Signed by Judge Stephanie M. Rose on 11/13/2018. (mkh) (Entered: 11/13/2018) |
| 11/13/2018 | 76 | | TEXT ORDER granting in part and denying in part 74 Motion for Extension as to Steven Douglas Crook, Jr. Counsel has up to and including November, 15, 2018, to file any pretrial motions. Signed by Judge Stephanie M. Rose on 11/13/2018. (mkh) |

| | | | |
|---|---|---|---|
| | | | (Entered: 11/13/2018) |
| 11/13/2018 | 77 | | *SEALED* SEALED MOTION *to Suppress* as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Attachments: # 1 Brief in Support)(Whalen, James) (Entered: 11/13/2018) |
| 11/13/2018 | 78 | | *SEALED* SEALED MOTION *to Sever* as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Attachments: # 1 Brief in Support)(Whalen, James) (Entered: 11/13/2018) |
| 11/15/2018 | 79 | | MOTION for Leave to File under Seal as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Whalen, James) (Entered: 11/15/2018) |
| 11/15/2018 | 80 | | TEXT ORDER granting 79 Motion for Leave to File Under Seal as to Steven Douglas Crook, Jr. Signed by Judge Stephanie M. Rose on 11/15/2018. (mkh) (Entered: 11/15/2018) |
| 11/15/2018 | 81 | | NOTICE *Rule 12.2(B)* as to Steven Douglas Crook, Jr. (Whalen, James) (Entered: 11/15/2018) |
| 11/15/2018 | 82 | | *SEALED* SEALED MOTION *to Dismiss Certain Counts* as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Attachments: # 1 Brief in Support)(Whalen, James) (Entered: 11/15/2018) |
| 11/15/2018 | 83 | | NOTICE OF ATTORNEY APPEARANCE Virginia M. Bruner appearing for USA. (Bruner, Virginia) (Entered: 11/15/2018) |
| 11/20/2018 | 84 | | RESPONSE in Opposition/Resistance by USA as to Steven Douglas Crook, Jr. re 77 SEALED MOTION *to Suppress* Replies due by 11/27/2018. (Attachments: # 1 Exhibit 31, # 2 Exhibit 32, # 3 Exhibit 33)(Krickbaum, Marc) (Entered: 11/20/2018) |
| 11/20/2018 | 85 | | RESPONSE in Opposition/Resistance by USA as to Steven Douglas Crook, Jr. re 78 SEALED MOTION *to Sever* Replies due by 11/27/2018. (Bruner, Virginia) (Entered: 11/20/2018) |
| 11/20/2018 | 86 | | *SEALED* TEXT ORDER as to Steven Douglas Crook, Jr. re 77 SEALED MOTION *to Suppress* filed by Steven Douglas Crook, Jr. Motion Hearing is set for 12/5/2018 at 01:30 PM in Des Moines – Room 145 – 1st Floor South before Judge Stephanie M. Rose. Signed by Judge Stephanie M. Rose on 11/20/2018. (mkh) (Entered: 11/20/2018) |
| 11/21/2018 | 87 | | RESPONSE in Opposition/Resistance by USA as to Steven Douglas Crook, Jr. re 82 SEALED MOTION *to Dismiss Certain Counts* Replies due by 11/28/2018. (Krickbaum, Marc) (Entered: 11/21/2018) |
| 11/21/2018 | 88 | | *SEALED* SEALED MOTION *TO COMPEL DISCLOSURE OF EXPERT REPORT PURSUANT TO FED. R. EVID. 16(D)* by USA as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Attachments: # 1 Exhibit 34)(Bruner, Virginia) (Entered: 11/21/2018) |
| 11/26/2018 | 89 | | *SEALED* First SEALED MOTION *In Limine* by USA as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Attachments: # 1 Exhibit 35)(Bruner, Virginia) (Entered: 11/26/2018) |
| 11/26/2018 | 90 | | MOTION for Leave to File under Seal as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Whalen, James) (Entered: 11/26/2018) |

| 11/26/2018 | 91 | | TEXT ORDER granting 90 Motion for Leave to File under Seal as to Steven Douglas Crook, Jr. Defendant may file his motion, brief, and exhibits under seal. Signed by Chief Magistrate Judge Helen C. Adams on 11/26/2018. (k) (Entered: 11/26/2018) |
|---|---|---|---|
| 11/26/2018 | 92 | | *SEALED* MOTION in Limine as to Steven Douglas Crook, Jr.. Responses due by 12/3/2018. (Attachments: # 1 Brief in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Whalen, James) (Entered: 11/26/2018) |
| 11/26/2018 | 93 | | TEXT Minute Entry for proceedings held before Judge Stephanie M. Rose: Status Conference with counsel as to Steven Douglas Crook, Jr. held on 11/26/2018. Order to follow. (Court Reporter Terri Martin.) (kmc) (Entered: 11/26/2018) |
| 11/27/2018 | 95 | | SEALED THIRD SUPERSEDING INDICTMENT as to Steven Douglas Crook, Jr. (1) count(s) 1sss, 2sss, 3sss, 4sss, 5sss, 6sss, 7sss, 8sss, 9sss, 10sss, 11sss, 12sss, 13sss, 14sss, 15sss, 16sss, 17sss, 18sss, 19sss, 20sss, 21sss, 22sss, 23sss, 24sss, 25sss, 26sss, 27sss, 28sss, 29sss, 30sss, 31sss, 32sss, 33sss. (tae) (Entered: 11/28/2018) |
| 11/27/2018 | 96 | | REDACTED THIRD SUPERSEDING INDICTMENT by USA as to Steven Douglas Crook, Jr.. (tae) (Entered: 11/28/2018) |
| 11/27/2018 | 97 | | TEXT Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Grand Jury Presentment as to Steven Douglas Crook, Jr. held on 11/27/2018. Not Secret. Text Order to be issued. Government requested detention. AUSA present Amy Jennings. CRD: mel. Time in Court 4:54 – 5:01 p.m. (tae) (Entered: 11/28/2018) |
| 11/28/2018 | 94 | | NOTICE *Rule 7* as to Steven Douglas Crook, Jr. (Bruner, Virginia) (Entered: 11/28/2018) |
| 11/28/2018 | 98 | | RESPONSE in Opposition/Resistance by USA as to Steven Douglas Crook, Jr. re 92 MOTION in Limine Replies due by 12/5/2018. (Krickbaum, Marc) (Entered: 11/28/2018) |
| 11/28/2018 | 99 | | RESPONSE in Opposition/Resistance by Steven Douglas Crook, Jr. re 88 SEALED MOTION *TO COMPEL DISCLOSURE OF EXPERT REPORT PURSUANT TO FED. R. EVID. 16(D)* Replies due by 12/5/2018. (Whalen, James) (Entered: 11/28/2018) |
| 11/29/2018 | 100 | | REPLY TO RESPONSE to Motion by USA as to Steven Douglas Crook, Jr. re 88 SEALED MOTION *TO COMPEL DISCLOSURE OF EXPERT REPORT PURSUANT TO FED. R. EVID. 16(D)* (Bruner, Virginia) (Entered: 11/29/2018) |
| 11/30/2018 | 101 | | ORDER TO CONTINUE – Ends of Justice as to Defendant Steven Douglas Crook, Jr. Jury Trial is set for 1/7/2019 at 09:00 AM in Des Moines – Room 145 – 1st Floor South before Judge Stephanie M. Rose. Final Pretrial Conference is set for 1/4/2019 at 09:00 AM in Des Moines – Room 145 – 1st Floor South before Judge Stephanie M. Rose. Pretrial Motion Deadline 12/10/2018. Plea Notification due by 12/17/2018. Plea Entry due by 12/26/2018. Signed by Judge Stephanie M. Rose on 11/30/2018. (mkh) (Entered: 11/30/2018) |
| 12/03/2018 | 102 | | RESPONSE in Opposition/Resistance by Steven Douglas Crook, Jr. re 89 First SEALED MOTION *In Limine* Replies due by 12/10/2018. (Whalen, James) (Entered: 12/03/2018) |

| 12/04/2018 | 103 | | *SEALED* TEXT ORDER: Until further Order of the Court, motion hearing re 77 is continued without date as to Steven Douglas Crook, Jr. Signed by Judge Stephanie M. Rose on 12/4/2018. (mkh) (Entered: 12/04/2018) |
|---|---|---|---|
| 12/05/2018 | 104 | | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Steven Douglas Crook, Jr. (Whalen, James) (Entered: 12/05/2018) |
| 12/05/2018 | 105 | | ORDER accepting 104 Waiver of Presence at Arraignment by Steven Douglas Crook, Jr. The request is granted, defendant Crook's waiver of appearance is accepted and a plea of not guilty to the Third Superseding Indictment is entered for this defendant. Signed by Chief Magistrate Judge Helen C. Adams on 12/5/2018. (jb) (Entered: 12/05/2018) |
| 12/06/2018 | 106 | | *SEALED* SEALED TEXT ORDER as to Steven Douglas Crook, Jr. re 77 SEALED MOTION *to Suppress* filed by Steven Douglas Crook, Jr. Motion Hearing is reset for 12/18/2018 at 01:00 PM in Des Moines – Room 145 – 1st Floor South before Judge Stephanie M. Rose. Signed by Judge Stephanie M. Rose on 12/6/2018. (mkh) (Entered: 12/06/2018) |
| 12/13/2018 | 107 | | TEXT ORDER SETTING CHANGE OF PLEA PROCEEDING as to Steven Douglas Crook, Jr. Change of Plea Hearing is set for 12/18/2018 at 01:00 PM in Des Moines – Room 145 – 1st Floor South before Judge Stephanie M. Rose. Suppression Hearing in this matter has been canceled. Signed by Judge Stephanie M. Rose on 12/13/2018. (mkh) (Entered: 12/13/2018) |
| 12/18/2018 | 108 | | Minute Entry for proceedings held before Judge Stephanie M. Rose: Change of Plea Hearing as to Steven Douglas Crook, Jr. held on 12/18/2018. Sentencing is set for 4/10/2019 at 10:30 AM in Des Moines – Room 145 – 1st Floor South before Judge Stephanie M. Rose. (Court Reporter Kelli Mulcahy.) (kmc) (Entered: 12/18/2018) |
| 12/18/2018 | 109 | | SEALED Plea Agreement as to Steven Douglas Crook, Jr.. (kmc) (Entered: 12/18/2018) |
| 12/18/2018 | | | Plea Agreement Accepted as to Steven Douglas Crook, Jr. (kmc) (Entered: 12/18/2018) |
| 12/19/2018 | 110 | | ORDER Concerning Presentence Investigation as to Steven Douglas Crook, Jr. Signed by Judge Stephanie M. Rose on 12/19/2018. (mkh) (Entered: 12/19/2018) |
| 01/31/2019 | 111 | | *SEALED* SEALED MOTION *to disclose plea agreement in state custody proceeding* by USA as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. (Krickbaum, Marc) (Entered: 01/31/2019) |
| 01/31/2019 | 112 | | Preliminary MOTION for Forfeiture of Property by USA as to Steven Douglas Crook, Jr.. Responses due by 2/7/2019. (Attachments: # 1 Text of Proposed Order)(Gaumer, Craig) (Entered: 01/31/2019) |
| 02/01/2019 | 113 | | *SEALED* TEXT ORDER granting 111 Government's Sealed Motion to disclose the sealed plea agreement 109 as to Steven Douglas Crook, Jr. to representatives of the Davis County Attorneys Office. Specifically, the government may disclose the plea agreement for use at the hearing currently scheduled for February 4, 2019, in the Associate District Court for Davis County, Iowa, which will address a petition alleging that a particular minor is a child in need of assistance. In accordance with the sealing order in this Court and applicable Iowa law, the plea agreement may not be publicly disseminated. Signed by Judge Stephanie M. Rose on 2/1/2019. (mkh) (Entered: 02/01/2019) |

| 02/12/2019 | 114 | | ORDER granting 112 Motion for Preliminary Order of Forfeiture as to Steven Douglas Crook, Jr. Signed by Judge Stephanie M. Rose on 2/12/2019. (mkh) (Entered: 02/12/2019) |
|---|---|---|---|
| 02/15/2019 | 115 | | PRESENTENCE INVESTIGATION REPORT DRAFT (Sealed) as to Steven Douglas Crook, Jr. (Attachments: # 1 DEFENSE First Letters, # 2 GOVERNMENT First Letters)(Hansen, Holly) (Entered: 02/15/2019) |
| 02/19/2019 | 116 | | Sealed Document (Krickbaum, Marc) (Entered: 02/19/2019) |
| 02/20/2019 | 117 | | Sealed Document as to Steven Douglas Crook, Jr.–Email to Court. (kmc) (Entered: 02/20/2019) |
| 02/28/2019 | 118 | | MOTION for Extension *of Time to File PSR Objections* as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. Responses due by 3/7/2019. (Whalen, James) (Entered: 02/28/2019) |
| 02/28/2019 | 119 | | TEXT ORDER granting 118 unresisted application of time to file objections to the PSR draft. Defendant shall have to an including 3/15/2019 to file his objections. Signed by Chief Magistrate Judge Helen C. Adams on 2/28/2019. (k) (Entered: 02/28/2019) |
| 03/01/2019 | 120 | | NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 115 as to Steven Douglas Crook, Jr.. (Krickbaum, Marc) (Entered: 03/01/2019) |
| 03/15/2019 | 121 | | Unresisted MOTION for Extension *of Time to File PSR Objections* as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. Responses due by 3/22/2019. (Whalen, James) (Entered: 03/15/2019) |
| 03/18/2019 | 122 | | TEXT ORDER granting 121 Unresisted Motion for Extension of Time to File PSR Objections as to Steven Douglas Crook, Jr. Defendant may have to and including 3/22/2019 to file his objections to the PSR. Signed by Chief Magistrate Judge Helen C. Adams on 3/18/2019. (k) (Entered: 03/18/2019) |
| 03/22/2019 | 123 | | Unresisted MOTION for Extension *of Time to File PSR Objections* as to Steven Douglas Crook, Jr.. Motions referred to Helen C. Adams. Responses due by 3/29/2019. (Whalen, James) (Entered: 03/22/2019) |
| 03/22/2019 | 124 | | TEXT ORDER granting 123 Unresisted Motion for Extension as to Steven Douglas Crook, Jr. (1), but no further extensions will be granted unless authorized by the District Judge. Defendant may have to and including 3/27/2019 to file objections to the PSR. Signed by Chief Magistrate Judge Helen C. Adams on 3/22/2019. (k) (Entered: 03/22/2019) |
| 03/25/2019 | 125 | | TEXT ORDER as to Steven Douglas Crook, Jr. Status Conference is set for 3/27/2019 at 09:00 AM by Phone Hearing before Judge Stephanie M. Rose. At the time of the telephonic status conference, counsel shall call 1–888–808–6929 and at the prompt enter code 2486346 to join the conference. Signed by Judge Stephanie M. Rose on 3/25/2019. (mkh) (Entered: 03/25/2019) |
| 03/26/2019 | 126 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 115 as to Steven Douglas Crook, Jr.. (Whalen, James) (Entered: 03/26/2019) |
| 03/27/2019 | 127 | | TEXT Minute Entry for proceedings held before Judge Stephanie M. Rose: Status Conference with counsel as to Steven Douglas Crook, Jr. held on 3/27/2019. Marc Krickbaum appeared for the Government and James Whalen appeared on behalf of |

| | | | |
|---|---|---|---|
| | | | Defendant. Sentencing is reset for 5/9/2019 at 01:00 PM in Des Moines – Room 145 – 1st Floor South before Judge Stephanie M. Rose. (Court Reporter Kelli Mulcahy.) (kmc) (Entered: 03/27/2019) |
| 04/05/2019 | 128 | | NOTICE *Declaration of Publication* as to Steven Douglas Crook, Jr. re 114 Order on Motion for Forfeiture of Property (Attachments: # 1 Exhibit Notice of Forfeiture – Advertisement Certification Report)(Gaumer, Craig) (Entered: 04/05/2019) |
| 04/29/2019 | 129 | | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Steven Douglas Crook, Jr. (Peterson, Laura) (Entered: 04/29/2019) |
| 05/02/2019 | 130 | | TEXT ORDER as to Steven Douglas Crook, Jr. At the request of counsel, Sentencing is RE–set for 6/3/2019 at 10:00 AM in Des Moines – Room 145 – 1st Floor South before Judge Stephanie M. Rose. Signed by Judge Stephanie M. Rose on 5/2/2019. (mkh) (Entered: 05/02/2019) |
| 05/28/2019 | 131 | | *SEALED* SENTENCING MEMORANDUM/BRIEF by Steven Douglas Crook, Jr. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Whalen, James) (Entered: 05/28/2019) |
| 05/31/2019 | 132 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 129 as to Steven Douglas Crook, Jr.. (Whalen, James) (Entered: 05/31/2019) |
| 06/03/2019 | 133 | | Minute Entry for proceedings held before Judge Stephanie M. Rose: Sentencing held on 6/3/2019 for Steven Douglas Crook, Jr. (1), 360 months of incarceration as to each of Counts 1sss, 15sss, 21sss and 23sss, to be served consecutively for a total sentence of 1440 months' imprisonment. A lifetime term of supervised release to follow as to each of Counts 1sss, 15sss, 21sss and 23sss, to be served concurrently. Restitution in the amount of $1250. $400 Special Assessment ($100 per count). (Court Reporter Kelli Mulcahy.) (kmc) (Entered: 06/03/2019) |
| 06/03/2019 | 134 | 26 | JUDGMENT IN A CRIMINAL CASE as to Steven Douglas Crook, Jr. (1), 360 months of incarceration as to each of Counts 1sss, 15sss, 21sss and 23sss, to be served consecutively for a total sentence of 1440 months' imprisonment. A lifetime term of supervised release to follow as to each of Counts 1sss, 15sss, 21sss and 23sss, to be served concurrently. Restitution in the amount of $1250. $400 Special Assessment ($100 per count). Counts 2sss–14sss, 16sss–20sss, 22sss and 24sss–33sss are dismissed upon motion of the United States. Signed by Judge Stephanie M. Rose on 6/3/2019. (kmc) (Entered: 06/03/2019) |
| 06/03/2019 | 135 | | Sealed Judgment as to Steven Douglas Crook, Jr. (kmc) (Entered: 06/03/2019) |
| 06/15/2019 | 136 | | Sealed Restitution List as to Steven Douglas Crook, Jr.. (kmc) (Entered: 06/15/2019) |
| 06/17/2019 | 137 | 34 | NOTICE OF APPEAL by Steven Douglas Crook, Jr. re 134 Judgment. (Attachments: # 1 Supplement)(Whalen, James) Modified on 6/18/2019 to Remove Fee (kmc). (Entered: 06/17/2019) |
| 06/18/2019 | 138 | 36 | NOTIFICATION OF APPEAL and NOA Supplement by District Court Clerk to USCA as to Steven Douglas Crook, Jr. re 137 Notice of Appeal – Final Judgment filed on 6/17/2019 (bp) (Entered: 06/18/2019) |

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
v1                      Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) |
| | ) |
| Steven Douglas Crook, Jr. | ) Case Number:  4:18-CR-00057-001 |
| | ) USM Number:  18559-030 |
| | ) |
| | ) James F. Whalen & Andrew James Graeve |
| | Defendant's Attorney |

### THE DEFENDANT:

☑ pleaded guilty to count(s)   1, 15, 21 and 23 of the Third Superseding Indictment filed on November 27, 2018.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2251(a), 2251(e) | Sexual Exploitation of a Child | 06/2012 | 1sss |
| 18 U.S.C. § 2251(a), 2251(e) | Sexual Exploitation of a Child | 02/2018 | 15sss |
| 18 U.S.C. § 2251(a), 2251(e) | Sexual Exploitation of a Child | 03/2018 | 21sss |
| 18 U.S.C. § 2241(a), 2251(e) | Sexual Exploitation of a Child | 03/2018 | 23sss |
| | | | |

☐ See additional count(s) on page 2

The defendant is sentenced as provided in pages  2  through  8  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)  2sss-14sss, 16sss-20sss, 22sss & 24sss-33sss   ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 3, 2019
Date of Imposition of Judgment

Signature of Judge

Stephanie M. Rose, U.S. District Judge
Name of Judge                    Title of Judge

June 3, 2019
Date

Judgment Page: 2 of 8

DEFENDANT:  Steven Douglas Crook, Jr.
CASE NUMBER:  4:18-CR-00057-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

360 months as to each of Counts 1,15, 21, and 23 of the Third Superseding Indictment filed on November 27, 2018, to be served consecutively, for a total term of 1,440 months' imprisonment.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed at FCI Pekin if commensurate with his security and classification needs.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____   ☐ a.m.   ☐ p.m.   on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____   on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Steven Douglas Crook, Jr.
CASE NUMBER: 4:18-CR-00057-001

Judgment Page: 3 of 8

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :
Life as to each of Counts 1, 15, 21, and 23 of the Third Superseding Indictment filed on November 27, 2018, to be served concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you
       pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☑ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*)
   as  directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:  Steven Douglas Crook, Jr.                    Judgment Page: 4 of 8
CASE NUMBER:  4:18-CR-00057-001

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____     Date  _____

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 3D — Supervised Release
v1

DEFENDANT: Steven Douglas Crook, Jr.
CASE NUMBER: 4:18-CR-00057-001

Judgment Page: 5 of 8

## SPECIAL CONDITIONS OF SUPERVISION

You must participate in a program of testing and/or treatment for substance abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Office.  At the direction of the probation office, you must receive a substance abuse evaluation and participate in inpatient and/or outpatient treatment, as recommended.  Participation may also include compliance with a medication regimen. You will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.  You must not use alcohol and/or other intoxicants during the course of supervision.

You must submit to a mental health evaluation.  If treatment is recommended, you must participate in an approved treatment program and abide by all supplemental conditions of treatment.  Participation may include inpatient/outpatient treatment and/or compliance with a medication regimen.  You will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

You must participate in a sex offender treatment program, to include psychological testing and polygraph examinations, as directed by the U.S. Probation Officer.  You must also abide by all supplemental conditions of sex offender treatment, to include abstaining from alcohol.  Participation may include inpatient/outpatient treatment, if deemed necessary by the treatment provider.  You must contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.  Sex offender assessments and treatment shall be conducted by therapists and polygraph examiners approved by the U.S. Probation Office, who shall release all reports to the U.S. Probation Office. The results of polygraph examinations will not be used for the purpose of revocation of supervised release or probation.  If disclosure is required by mandatory reporting laws, polygraph results will be reported to appropriate treatment personnel, law enforcement, and related agencies with the approval of the Court.  If polygraph results reveal possible new criminal behavior, this will be reported to the appropriate law enforcement and related agencies after obtaining approval from the Court.

You must refrain from associating with anyone engaged in the exploitation of minors whether known or unknown to local, state, or federal law enforcement.

You must not have any direct contact (personal, electronic, mail, or otherwise) with any child you know or reasonably should know to be under the age of 18, including in employment, without the prior approval of the U.S. Probation Officer.  If contact is approved, you must comply with any conditions or limitations on this contact, as set forth by the U.S. Probation Officer.   Any unapproved direct contact must be reported to the U.S. Probation Officer within 24 hours.  Direct contact does not include incidental contact during ordinary daily activities in public places.

You must not go to, or remain at, any place for the primary purpose of observing children under the age of 18, or any place where you know children under the age of 18 are likely to be, including parks, schools, and playgrounds, without the prior approval of the U.S. Probation Officer.

You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, artwork, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256).  You must not correspond with anyone in the business of providing such material, or enter adult entertainment venues where sexually explicit conduct is the primary product(s) for purchase or viewing.

You must not access the internet or possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(1)), internet capable devices, cellular telephones, and other electronic communications or data storage devices or media without the prior approval of the U.S. Probation Officer.  If computer or internet use for employment is approved by the U.S. Probation Officer, you must permit third party disclosure to any employer or potential employer concerning any computer/internet related restrictions that are imposed upon you.

You must have all residences, employment, and volunteer work pre-approved by the U.S. Probation Officer.  You must notify the U.S. Probation Office of any locations where you receive mail or like matter.  You must not obtain a new mailing address, post office box, or the facility of any private business for residence or postal transactions without the prior approval of the U.S. Probation Officer.

DEFENDANT:  Steven Douglas Crook, Jr.
CASE NUMBER:  4:18-CR-00057-001

Judgment Page: 6 of 8

## ADDITIONAL SUPERVISED RELEASE TERMS

You may not possess any type of camera (to include cameras within cellular telephones) or video recording device without the prior approval of the U.S. Probation Officer.

You must comply with all sex offender laws for the state in which you reside and must register with the local sheriff's office within the applicable time frame.

You must not contact the victim(s), nor the victim's family without prior permission from the U.S. Probation Officer.

You must pay restitution in the amount of $1250 ordered by the Court.  You will cooperate with the U.S. Probation Officer in developing a monthly payment plan consistent with a schedule of allowable expenses provided by the U.S. Probation Office.  You may be required to participate in an IRS Offset Program and/or Treasury Offset Program which may include the garnishment of wages or seizure of all or part of any income tax refund and/or any government payment to be applied toward the restitution balance.

You must not apply for, solicit, or incur any further debt, included but not limited to loans, lines of credit, or credit card charges, either as a principal or cosigner, as an individual, or through any corporate entity, without first obtaining written permission from the U.S. Probation Officer.

You must provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

You must participate in an approved treatment program for anger control.  Participation may include inpatient/outpatient treatment.  You will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

You must maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training, or other acceptable reasons.  Further, you must provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer.   You must not terminate any employment without prior approval from the U.S. Probation Office. If separated from employment for any reason, you must notify the U.S. Probation Officer within 48 hours.

You will submit to a search of your person, property, residence, adjacent structures, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communications or data storage devices or media, conducted by a U.S. Probation Officer.  Failure to submit to a search may be grounds for revocation.  You must warn any other residents or occupants that the premises and/or vehicle may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your release and/or that the area(s) or item(s) to be searched contain evidence of this violation or contain contraband.  Any search must be conducted at a reasonable time and in a reasonable manner.  This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.

You must reside at a residential reentry center for the entire term of supervised release, to include GPS monitoring (or future equivalent monitoring method) for the entire term of supervised release.

You must be evaluated for Sex Offender Civil Commitment, either state or federally.

DEFENDANT: Steven Douglas Crook, Jr.                     Judgment Page: 7 of 8
CASE NUMBER: 4:18-CR-00057-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

☐ Pursuant to 18 U.S.C. § 3573, upon the motion of the government, the Court hereby remits the defendant's Special Penalty Assessment; the fee is waived and no payment is required.

|  | **Assessment** | **JVTA Assessment \*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 0.00 | $ 0.00 | $1,250.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| See Sealed Victim List | | $1,250.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $0.00 | $1,250.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
v1          Sheet 6 — Schedule of Payments

Judgment Page: 8 of 8

DEFENDANT: Steven Douglas Crook, Jr.
CASE NUMBER: 4:18-CR-00057-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $ _1,650.00_  due immediately, balance due

        ☐ not later than _____ , or
        ☑ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

    All criminal monetary payments are to be made to the Clerk's Office, U.S. District Court, P.O. Box 9344, Des Moines, IA. 50306-9344.
    While on supervised release, you shall cooperate with the Probation Officer in developing a monthly payment plan consistent with a schedule of allowable expenses provided by the Probation Office.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☑  The defendant shall forfeit the defendant's interest in the following property to the United States:

    Apple iPhone 6 Plus, IMEI 3522066060913329; LG Rebel phone, serial number 609CQKJ0558269; SanDisk Ultra Plus 32 GB SD Card, serial number 6291CRAC22R1; Samsung 8GB SD card, serial number MMB3R08GUACA-GE 1 YJJ165GA045; Samsung 2GB Micro SD card, serial number MMAGR02GUFCA-MN 1 C1LXB6GA 152; and Lexar 2GB SD card, serial number unknown, as described in the Preliminary Order of Forfeiture filed on February 12, 2019.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,(5) fine interest, (6) community restitution, (7) JVTA assessment, and (8) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

### NOTICE OF APPEAL

|  | * |  |
|---|---|---|
| _____ | * | _____ |
| Plaintiff | * | District Court Docket Number |
|  | * |  |
|  | * |  |
| _____ | * | _____ |
| Defendant | * | District Court Judge |

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Eighth Circuit from the ❏ Judgment    ❏ Order   entered in this action on _____.

_____          _____
Signature of Appellant/Cnsl                           Street Address

_____          _____
Date                                                                City                     State     Zip

_____          _____
Typed/printed Name                                     Telephone Number

**Transcript Order Form:**   ( To be completed by attorney for appellant )

Please prepare a transcript of:_____
                                                                (Specify)

I am not ordering a transcript because:_____
                                                                (Specify)

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the US District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b))

Attorney's Signature _____          Date: _____

### NOTE: COMPLETE APPROPRIATE APPEAL SUPPLEMENT FORM

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA**
**OFFICE OF THE CLERK**
**P. O. BOX 9344**
**DES MOINES, IA. 50306-9344**
**515-284-6248**

# Criminal Case Notice of Appeal Supplement
COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

**Case Name:** _____ **vs.** _____

**District Court Case #** ____:____- cr - _____

**Appeal Fee ($525.oo) Status   Pd___   IFP___   Pending ___   Govt. Appeal ___**

**Trial Counsel   Appointed ____   CJA ____   Public Defender____   Retained ____**

**Appeal filed by   Counsel____   Pro Se____**

**Any reason why counsel should not be appointed** _____

**Pending post Judgment motions  Yes___ No___  Type of Motion** _____

**Public interest case   Yes ____ No ____   Simultaneous Opinion Release  Yes___ No___**

## Trial  Yes___   No___  Length of Trial _____

**Court Reporter Yes ___ No ___   Reporter's Name** _____
**Phone** _____   **Address** _____

**Appealing:  Conviction____  Sentence____  Both____**

**Challenging Sentencing Guidelines: Application____  Constitutionality____  Both___**

**Defendant  incarcerated   Yes____   No____**

**Defendant's Address** _____
_____
_____

**Please list all other defendants**_____

_____

## Habeas Only:  Is this a death penalty appeal   Yes ___  No ___

**Certificate of Appealability filed  Yes ___   No ___**

**CoA Status:  Pending ___   Granted____   Denied____**

**Statistical Civil Case Number: ___:___- cv - _____**

Appellate Case: 19-2266    Page: 35    Date Filed: 06/19/2019 Entry ID: 4799543

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA**
**OFFICE OF THE CLERK**
**P. O. BOX 9344**
**DES MOINES, IA. 50306-9344**
**515-284-6248**

# Criminal Case Notice of Appeal Supplement

**COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL**

**Case Name:** _____ vs. _____

**District Court Case #** ____:____- cr - _____

**Appeal Fee ($525.oo) Status   Pd___   IFP___   Pending ___   Govt.  Appeal ___**

**Trial Counsel   Appointed ____   CJA ____   Public Defender____   Retained ____**

**Appeal filed by   Counsel____   Pro Se____**

**Any reason why counsel should not be appointed** _____

**Pending post Judgment motions  Yes___  No___   Type of Motion** _____

**Public interest case   Yes ____  No ____   Simultaneous Opinion Release  Yes___  No___**

## Trial   Yes___   No___   Length of Trial _____

**Court Reporter Yes ___ No ___   Reporter's  Name** _____
**Phone** _____   **Address** _____

**Appealing:  Conviction____  Sentence____  Both____**

**Challenging Sentencing Guidelines: Application____  Constitutionality____  Both___**

**Defendant  incarcerated  Yes____   No____**

**Defendant's Address** _____
_____
_____

**Please list all other defendants**_____

_____

**Habeas Only:  Is this a death penalty appeal   Yes ___  No ___**

**Certificate of Appealability filed  Yes ___   No ___**

**CoA Status:  Pending ___   Granted____   Denied____**

**Statistical Civil Case Number: ___:___- cv - _____**

Appellate Case: 19-2266   Page: 36   Date Filed: 06/19/2019 Entry ID: 4799543